IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| A.B.B., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-251-CDL-CHW |
| | : | 28 U.S.C. § 2241 |
| WARDEN, STEWART DETENTION CENTER, | : | |
| | : | |
| Respondent. | : | |

## ORDER STAYING CASE

Petitioner and Respondent have filed a joint motion to stay proceedings in this case. (ECF No. 9). The parties represent that Petitioner has filed a Form N-600 Application for Certificate of Citizenship with the U.S. Citizenship and Immigration Services, which is currently under review. Because the resolution of that petition may impact the resolution of this case, Respondent has agreed that he will not effectuate Petitioner's removal from the United States or transfer Petitioner from the jurisdiction of this Court for a period of 90 days from the date of the joint motion. Accordingly, for good cause shown, proceedings in this case are hereby **STAYED** through December 1, 2025. The parties shall file a status report on December 1, 2025, notifying the Court of any further proceedings that will be required.

**SO ORDERED**, this 11th day of September, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge